# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

December 17, 2010

**Via ECF Filing and Federal Express**

Hon. Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

|     |     |     |
| --- | --- | --- |
| Re: | Case: | *Oren v. Bernstein, et al.* |
|     | Venue: | United States District Court for the Eastern District of New York |
|     | Case No: | CV 2010-5118 (SLT) (JMA) |
|     | Our File No.: | 07765.00172 |

Hon. Townes:

We represent the defendants Avrum J. Rosen, Esq., The Law Offices of Avrum J. Rosen, PLLC, and Fred Kantrow, Esq. in the above-referenced matter.

Pursuant to the Notice of Removal, filed with the Court on November 4, 2010 (DE #1), we respectfully request that this Court enter an Order, transferring this matter to the United States Bankruptcy Court for the Eastern District of New York.

Thank you for your attention to this matter.

Very truly yours,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
/s/
Leanne M. Carvino
(LC1553)

cc:

Magistrate Judge Joan M. Azrack (via ECF only)

All counsel and pro se parties of record (via ECF and regular mail)

4248047.1